NEW-YORK,
Nov. 1810.

PEASE *against* ALEXANDER.

PEASE
v.
ALEXANDER.

IN error, on *certiorari*, from a justice's court.

*Alexander* declared against *Pease*, before the justice, upon a promise to pay four dollars for his son *Thaddeus*. Upon the trial, by a jury, the plaintiff proved that the defendant had said several times, that he would pay the plaintiff the sum that his son owed to the plaintiff. This was all the proof; and no objection being made by either party why the cause should not go to the jury, they found a verdict for the plaintiff.

*Per Curiam.* Here was no valid contract proved. The defendant waived no right. The promise to pay the debt of another, was without any consideration averred or shown, and therefore void. It was also void for want of being in writing; and the defendant may, for aught that appears, have insisted upon the statute before the jury. The return only says, " that no further witness was produced by the parties." The case affords no ground for any inference by which we can support the legality of the demand.

*In an action before a justice, on a promise of the defendant to pay the plaintiff a sum of money owing to the plaintiff by the son of the defendant, the only evidence was that the defendant had said he would pay the plaintiff the money his son owed the plaintiff; and no objection being made, the cause went to the jury, who found a verdict for the plaintiff. It was held, that the promise was void, for want of a consideration, and for not being in writing; and that the defendant had not waived his right to the benefit of the statute of frauds.*

Judgment reversed.